UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MANUEL DE LA CRUZ

    -v-

CASCADES CONTAINERBOARD PACKAGING—
NEW YORK CITY INC.; CASCADES HOLDING US INC.
-------------------------------------------------------------X

Case No._____19-cv-04800

LAW STUDENT INTERN

APPEARANCE FORM

1.    Certification of Law Student

    I, _____Jennifer Prushan_____, certify that:

(a) I am enrolled in _____Cardozo_____ law school, which is accredited by the American Bar Association;
(b) I am not receiving any compensation from the client in this matter;
(c) I am familiar and will comply with the New York State Rules of Professional Responsibility;
(d) I am familiar with the Federal Rules of Evidence and Civil and Criminal Procedure, as well as this Court's local rules; and
(e) I am either working in the Office of the United States Attorney, participating in a clinical program at _____Cardozo_____law school, or have been certified as qualified to participate in providing legal representation by the Dean of _____Cardozo_____ law school or his or her designee.

_____    _____08/26/2020_____
Signature of Student                                       Date

2.    Certification of Law School Dean or Authorized Designee

    I, __Betsy Ginsberg_____, certify that:

(a) this student has completed at least two semesters of law school work;
(b) to the best of my knowledge, this student is qualified to provide the legal representation herein; and
(c) *(complete only if student is a participant in a law school clinic)*
    this student is a participant in a clinical program that is approved by this law school and taught by _____Rebekah Diller_____, who will serve as supervising attorney.

_____    9/02/2020
Signature of Dean or Authorized Designee       Date

Director, Clinical Legal Education

(Title or Position)

3. Certification of Supervising Attorney

As a member of the bar of The United States District Court for the Eastern District of New York, I, __Rebekah Diller_____, certify that:

(a) I will assume personal professional responsibility for this student's work;
(b) I will assist this student to the extent necessary;
(c) I will obtain the approval of the client, or where applicable of the United States Attorney or his or her designee, in writing, for the student to appear in this matter; and
(d) I will appear with this student in all proceedings before the Court.

_[signature]_____     9/10/2020_____
Signature of Attorney                                    Date

4. Consent of Client or United States Attorney

I, _Manuel A. de la Cruz_____, authorize this student:

(a) to appear in court and at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that this student is not a law school graduate and is not admitted to the bar, and that he or she will appear under the supervision of a duly admitted attorney and/or professor of law who is a member of the bar of The United States District Court for the Eastern District of New York.

_Manuel A. de la Cruz_____     08/31/2020_____
Signature of Client or United States Attorney           Date

(If more than one client is involved, approval from each shall be attached.)

5. Consent of the Judge

I authorize this student, pursuant to the consent of the client or United States Attorney, and under the supervision of the above-named attorney:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

___/S/_____     09/14/2020_____
Signature of Judge                                      Date

Lois Bloom, U.S. Magistrate Judge